KENNETH DIAZ et al., Respondents, v SYRACUSE UNIVERSITY, Respondent, and JOSEPH DeMUNN et al., Appellants. [836 NYS2d 481]—Appeal from an order of the Supreme Court, Onondaga County (Thomas J. Murphy, J.), entered October 17, 2006 in a personal injury action. The order, among other things, denied the motion of defendants Joseph DeMunn and Bunzl Distribution Leasing, Inc. to strike plaintiffs' note of issue and granted plaintiffs' cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs. Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.

 WIGGIN & DANA LLP, Appellant, v CITY OF BUFFALO, Respondent (Action No. 1.) EDWARD C. COSGROVE, Appellant, v CITY OF BUFFALO, Respondent. (Action No. 2.) [836 NYS2d 482]— Appeals from an order of the Supreme Court, Erie County (Erin M. Peradotto, J.), entered September 1, 2006. The order denied the motions of plaintiffs for summary judgment, granted the cross motion of defendant for summary judgment dismissing the complaints and for summary judgment on its counterclaim in action No. 1.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith and Lunn, JJ.